# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JORDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC, and DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO. 1:19-CV-01527-AWI-SAB<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE** |

Trial in this case is scheduled to commence on December 8, 2020, with a pretrial conference scheduled for October 14, 2020. Doc. No. 7.

On October 7, 2020, the Parties filed a joint pretrial statement indicating they believed that further settlement negotiations or a settlement conference under Local Rule 270 could be constructive in resolving this matter. Doc. No. 12 § 16. Further, the Court has confirmed, through counsel, that the Parties do not object to vacating the pretrial conference and the trial date to allow additional time for settlement.

Additionally, given the COVID-19 pandemic and related restrictions, it appears extremely unlikely that trial in this action will proceed on December 8, 2020, as currently scheduled.

Given the Parties' interest in further pursuing settlement and considerations relating to the COVID-19 pandemic, the Court finds that it is appropriate to vacate all existing dates in this action and to direct the Partis to contact Magistrate Judge Boone for a settlement conference under Local Rule 270. In the event the Parties do not reach settlement, the Court will set new dates for trial and the pretrial conference.

//

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

- All existing dates in this action—including the October 14, 2020 pretrial conference and the December 8, 2020 trial date—are vacated;
- The Parties contact Magistrate Judge Boone within 14 days of electronic service of this order to arrange a settlement conference pursuant to Local Rule 270; and
- The Parties file a notice of settlement or a request to reset the pretrial conference and trial in this action immediately upon completion of settlement efforts.

IT IS SO ORDERED.

Dated:   October 9, 2020

SENIOR  DISTRICT  JUDGE