# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JORDAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No.  1:19-cv-01527-AWI-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE<br><br>(ECF No. 14) |

On October 9, 2020, the District Judge assigned to this action vacated the trial date in this matter and ordered the parties to contact the undersigned to arrange a settlement conference. (ECF No. 14.)

Accordingly, pursuant to the parties' request, IT IS HEREBY ORDERED that a settlement conference is set for November 17, 2020, at 1:30 p.m. in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe, who will issue a subsequent order setting forth her requirements prior to the scheduled settlement conference, including any information pertaining to appearing via videoconference due to the COVID-19 public health emergency.

IT IS SO ORDERED.

Dated:  __**October 26, 2020**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1