# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JORDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No. 1:19-cv-01527-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE JOINT STATEMENT RE SETTLEMENT AND SETTING TRIAL DATE<br><br>(ECF No. 19)<br><br>SEVEN DAY DEADLINE |

On October 9, 2020, the District Judge vacated the trial date in this matter and ordered the parties to schedule a settlement conference. (ECF No. 14.) On November 17, 2020, a settlement conference was held but the parties did not reach settlement. (ECF No. 17.) On July 9, 2021, counsel for Plaintiff filed an *ex parte* declaration proffering that on or about November 23, 2020, Plaintiff and Defendant agreed to a settlement amount in this case; that Plaintiff's counsel has followed up with Defendant's counsel at least a dozen separate times requesting a release; and thus given the Defendant does not appear serious in trying to resolve the matter, Plaintiff requests a pretrial conference and trial date be set withing the next 90 to 120 days. (ECF No. 19.)

If a party believes that a binding settlement has been reached, but the other side disagrees or refuses to acknowledge a settlement or otherwise refuses to perform, then the appropriate course is to file a motion to enforce settlement. Courts have the power to enforce settlements that have been reached in the cases pending before them. See Callie v. Near, 829 F.2d 888, 890

1

(9th Cir. 1987); Dacanay v. Mendoza, 573 F.2d 1075, 1078 (9th Cir. 1978) ("[I]t is equally well settled in the usual litigation context that courts have inherent power summarily to enforce a settlement agreement with respect to an action pending before it; the actual merits of the controversy become inconsequential.").

The Court shall require the parties to submit a joint status report concerning this proffer by Plaintiff's counsel regarding settlement and the request to set a trial date. The joint report should be filed with the understanding that if any party believes a settlement has been reached and is enforceable under the standards described in the above cases, the Court will be disinclined to set a trial date and will instead direct the party to file a motion to enforce settlement.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint statement within seven (7) days of entry of this order addressing whether any party believes they have reached settlement, and the setting of a trial date in this matter.

IT IS SO ORDERED.

Dated:  **July 14, 2021**

UNITED STATES MAGISTRATE JUDGE