# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JORDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | Case No. 1:19-cv-01527-AWI-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 23)<br><br>THIRTY DAY DEADLINE |

　　　　On September 25, 2019, Plaintiff Kimberly Jordan filed this action in the Superior Court of the State of California for the County of Fresno, alleging a violation of the Song-Beverly Consumer Warranty Act relating to the purchase of an automobile.  (ECF No. 1.)  On October 28, 2019, this action was removed to this Court.  (Id.)  On July 19, 2021, based on the parties' proffer that a settlement had been reached, and Defendant's proffer that the parties should be able to reach agreement without Court intervention, the Court directed the parties to further meet and confer regarding finalizing the settlement and file either: dispositional documents; a motion to enforce settlement; or a joint statement describing why the settlement was not enforceable along with a joint request to set a trial date, within thirty (30) days of entry of this order.  (ECF No. 22.)  The order also specified that if the parties required additional time to confer with the nonparty lender's counsel, the parties could submit a request setting forth a proffer of good cause to extend the time to confer.  (ECF No. 22.)

　　　　On August 18, 2021, a notice of settlement was filed informing the Court that the parties

have reached a settlement; that once all settlement terms are completed and payment is received the parties will file a stipulation of dismissal; and that the parties expect to file the dismissal papers within ninety (90) days.  (ECF No. 23.)

Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  L.R. 160(b). The Court shall set a deadline of thirty (30) days to complete the terms of the settlement agreement based on the parties' previous filings, however, the parties have not made a specific showing of good cause in their stipulation justifying the need for ninety (90) days.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **August 19, 2021**

UNITED STATES MAGISTRATE JUDGE