# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JORDAN,<br><br>            Plaintiff,<br><br>      v.<br><br>FCA US, LLC,<br><br>            Defendant. | Case No. 1:19-cv-01527-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY<br><br>**FIVE-DAY DEADLINE** |

Plaintiff Kimberly Jordan initiated this action on October 28, 2019. (ECF No. 1.) On August 18, 2021, the parties submitted a notice of settlement. (ECF No. 23.) On August 19, 2021, the Court issued an order vacating all matters and requiring the parties to file dispositional documents within thirty days of entry of the order. (ECF No. 24.) The deadline to file dispositional documents has long passed, but nothing has been filed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

1

The Court shall require the parties to show cause why monetary sanctions should not issue for the failure to file dispositional documents in compliance with its August 19, 2021 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing within **five (5) days** of the date of entry of this order why monetary sanctions should not issue for the failure to file dispositional documents as required by the August 19, 2021 order; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **March 1, 2022**

UNITED STATES MAGISTRATE JUDGE