# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JORDAN,<br><br>        Plaintiff,<br><br>    v.<br><br>FCA US, LLC,<br><br>        Defendant. | Case No. 1:19-cv-01527-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO PAY SANCTIONS AND DISCHARGING FURTHER SANCTIONS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 31, 32) |

On March 23, 2022, after the parties failed to comply with the Court's third order to file dispositional documents (ECF No. 28), an order issued requiring Plaintiff Kimberly Jordan and Defendant FCA US, LLC to each pay sanctions of $100.00 per day, starting March 23, 2022, and continuing for every day that the parties failed to file dispositional documents in compliance with the Court's March 8, 2022 order.  (ECF No. 31.)  The Court further ordered that, if no dispositional documents were filed by March 30, 2022, the daily sanctions issued against each party would increase to $200.00 per day, and such sanctions would continue to accrue each day against each party and increase in rate each week until the parties complied with the Court's order to file dispositional documents.

Approximately six hours later, the parties filed a stipulated notice of voluntary dismissal.

(ECF No. 32.) The Court is satisfied that the parties have sufficiently complied with its March 8, 2022 order and shall therefore discharge any further sanctions. Further, in light of the parties' notice of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Kimberly Jordan and Defendant FCA US, LLC shall each pay the Clerk of the Court $100.00 for their failure to comply with the Court's orders. Payment is due **no later than March 31, 2022.** The parties shall file proof of payment with the Court once payment is made. If such payment and proof of payment is not timely made, additional sanctions of $100.00 per day shall issue from March 31, 2022, until full payment is received;

2. The Court's March 23, 2022 order and any further sanctions arising therefrom (ECF No. 31) are hereby DISCHARGED; and

3. The Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 24, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties do not indicate disposition of fees and costs in their notice of dismissal and, as noted in the Court's prior order, Plaintiff has submitted a motion for attorney's fees. (ECF No. 30.) The hearing for this motion is currently set for May 16, 2022 before the Honorable Judge Anthony W. Ishii. While the case is now closed, Plaintiff's fees motion will be adjudicated separately.

2