# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY JORDAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01527-AWI-SAB<br><br>ORDER DISCHARGING FURTHER SANCTIONS<br><br>(ECF Nos. 33, 34) |

On March 24, 2022, the Court issued an order requiring each party to pay the Clerk of the Court $100.00 for their failure to comply with the Court's prior orders. The parties were required to make their payments and file proof of payment with the Court by March 31, 2022, or face issuance of additional sanctions of $100.00 per day. (ECF No. 33.)

On March 29, 2022, Defendant paid its sanctions and filed a notice of payment of sanctions with the Court. (ECF No. 34.) On April 1, 2022, at 9:04 a.m., the Clerk of the Court docketed receipt of payment of by Plaintiff's counsel, but no other notice was filed.[1] The Court is satisfied that the parties have sufficiently complied with its March 24, 2022 order and shall therefore discharge any further sanctions.

///

///

---

[1] The Office of the Clerk has confirmed Plaintiff's payment was received by the Court via mail on March 31, 2022.

1

Accordingly, IT IS HEREBY ORDERED that the Court's March 24, 2022 order and any further sanctions arising therefrom (ECF No. 33) are hereby DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 1, 2022**

UNITED STATES MAGISTRATE JUDGE